**IN RE: Joerg ROCKENBERGER, Mao Takashima, Fabio Zurcher, Kevin Hubert, Klaus Kunze, Wenzhuo Guo, Brent Ridley, Appellants**

2017-1035

United States Court of Appeals, Federal Circuit.

November 14, 2017

ANDREW DAVID FORTNEY, Central California IP Group, PC, Fresno, CA, argued for appellants.

BRIAN RACILLA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT MCBRIDE.

(Taranto, Clevenger, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**